**BROWNE GEORGE ROSS LLP**
K.C. MAXWELL (SBN 214701)
101 California Street, Suite 1225
San Francisco, CA  9411
Telephone:  (415) 391-7100
Facsimile: (415) 391-7198
Email: kmaxwell@bgrfirm.com

**LABATON SUCHAROW LLP**
CHRISTOPHER J. KELLER
ERIC J. BELFI
FRANCIS P. MCCONVILLE
JOSEPH V. HALLORAN (SBN 288617)
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile: (212) 818-0477
Email: ckeller@labaton.com
       ebelfi@labaton.com
       fmcconville@labaton.com
       jhalloran@labaton.com

*Counsel for Bristol County Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOGAN HESSEFORT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUPER MICRO COMPUTER, INC., CHARLES LIANG and HOWARD HIDESHIMA,<br><br>Defendants<br>*(Additional Caption on Following Page)* | Case No. 18-cv-00838-JST<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF BRISTOL COUNTY RETIREMENT SYSTEM CONCERNING ITS MOTION FOR CONSOLIDATION APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**<br><br>DATE:    May 24, 2018<br>TIME:    2:00 p.m.<br>CTRM:    9, 19th Floor<br>JUDGE:   Hon. Jon S. Tigar |

[Master File No. 18-cv-00838-JST] NOTICE OF BRISTOL COUNTY RETIREMENT SYSTEM CONCERNING ITS MOTION FOR CONSOLIDATION APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 WBPA FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUPER MICRO COMPUTER, INC., CHARLES LIANG, and HOWARD HIDESHIMA,<br><br>Defendants. | Case No. 18-cv-00850-WHA<br><br>JUDGE:   Hon. William H. Alsup |

On April 9, 2018, pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), Bristol County Retirement System ("Bristol County") timely filed a motion for consolidation of the above-captioned actions, appointment as lead plaintiff, and approval of its selection of counsel.  Three similar motions were filed by other putative class members in these actions.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the movant that, among other requirements, has "the largest financial interest in the relief sought by the class."  15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers submitted by the other movants, it appears that New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund (the "Pension Fund") has the "largest financial interest," and Bristol County does not oppose its motion.  However, Bristol County remains willing and able to serve as lead plaintiff or as a named class representative if the Court determines that the Pension Fund is incapable or inadequate to represent the class or for any other reason.

By this Notice, Bristol County does not waive, compromise, or relinquish its right to participate in this litigation or receive its share of any recovery to the class.

DATED:  April 23, 2018                              Respectfully submitted,

                                                       */s/ K.C. Maxwell*
**BROWNE GEORGE ROSS LLP**
K.C. MAXWELL (SBN 214701)
101 California Street, Suite 1225
San Francisco, CA  94111
Telephone:  (415) 391-7100
Facsimile: 391-7198
Email: kmaxwell@bgrlawfirm.com

---

[Master File No. 18-cv-00838-JST] NOTICE OF BRISTOL COUNTY RETIREMENT SYSTEM CONCERNING ITS MOTION FOR CONSOLIDATION APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LABATON SUCHAROW LLP**
CHRISTOPHER J. KELLER
ERIC J. BELFI
FRANCIS P. MCCONVILLE
JOSEPH V. HALLORAN (SBN 288617)
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile: (212) 818-0477
Email: ckeller@labaton.com
  ebelfi@labaton.com
  fmcconville@labaton.com
  jhalloran@labaton.com

*Counsel for Bristol County Retirement System*

[Master File No. 18-cv-00838-JST] NOTICE OF BRISTOL COUNTY RETIREMENT SYSTEM CONCERNING ITS MOTION FOR CONSOLIDATION APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 23, 2018.

*s/ K.C. Maxwell*
K.C. Maxwell

**BROWNE GEORGE ROSS LLP**
K.C. MAXWELL (SBN 214701)
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone: (415) 391-7100
Facsimile: (415) 391-7198
Email: kmaxwell@bgrfirm.com

[Master File No. 18-cv-00838-JST] NOTICE OF BRISTOL COUNTY RETIREMENT SYSTEM CONCERNING ITS MOTION FOR CONSOLIDATION APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

- 3 -